MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: kevin.barry@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> RONALD PELAEZ, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR 11-0154 MMC <br><br> **STIPULATION AND [PROPOSED]** <br> **ORDER CHANGING HEARING DATE** |

    The Court has set January 11, 2012 as the date for a change of plea in this matter for this defendant and his co-defendants. Unlike his co-defendants, who have announced their intention to plead guilty without a plea agreement, the defendant Ronald Pelaez and the government intend to enter into a plea agreement.

    The government requires additional time to finalize the plea materials. Thus, the parties request that the date for the change of plea hearing be moved to January 25, 2012, at 2:30 p.m. The government will lodge a copy of the agreement for the Court's review prior to the hearing.

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: January 10, 2012          /s/
                                KEVIN J. BARRY
                                Assistant United States Attorney

DATED: January 10, 2012          /s/
                                JAMES PHILLIP VAUGHNS
                                Attorney for RONALD PELAEZ

# [PROPOSED] ORDER

For the reasons stated above, the Court finds that moving the date for a change of plea for defendant Ronald Pelaez is warranted, and the January ~~10~~ 11, 2012 change of plea hearing for this defendant is moved to January 25, 2012.

IT IS SO ORDERED.

DATED: January 10, 2012          _____
                                THE MAXINE M. CHESNEY
                                United States District Judge