1

2

3

4

5           **UNITED STATES DISTRICT COURT**

6           **NORTHERN DISTRICT OF CALIFORNIA**

7               **SAN FRANCISCO DIVISION**

8

9                                    11
10   UNITED STATES OF AMERICA,   )   NO.: CR ~~10~~-0154 MMC
                                 )
11           Plaintiff,          )
                                 )
12       vs.                     )
                                 )   **ORDER**
13                               )
                                 )
14   RONALD PELAEZ,              )
                                 )
15           Defendant.          )
     _____)

16

17
             The Court hereby ORDERS that the change of plea hearing scheduled for February 29,
18                                              2:15
     2012 be vacated and rescheduled for March 21, 2012, at ~~2:30~~ p.m. Time shall be excluded from
19
     February 29, 2012 through March 21, 2012 to facilitate the effective preparation of counsel.
20

21

22

23   DATED: February 29, 2012

24                                          Hon. MAXINE C. CHESNEY
                                            United States District Judge
25

26

27

28                                    - 3 -