# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 11-0154 MMC |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| RONALD PELAEZ, ) | |
| Defendant. ) | |

The Court hereby ORDERS that the change of plea hearing scheduled for March 21, 2012 be vacated and rescheduled for April 18, 2012, at ~~2:30~~ 2:15 p.m. Time shall be excluded from March 21, 2012 through April 18, 2012 to facilitate the effective preparation of counsel.

DATED: March 20, 2012

*/s/ Maxine M. Chesney*
Hon. MAXINE C. CHESNEY
United States District Judge