|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA, )  NO.: CR 11-0154 MMC
    Plaintiff, )
vs. )
     ) **ORDER**
RONALD PELAEZ, )
    Defendant. )

    The Court hereby ORDERS that the change of plea hearing scheduled for June 13, 2012 be vacated and rescheduled for July 11, 2012, at ~~2:30~~ 2:15 p.m. Time shall be excluded from June 13, 2012 through July 11, 2012 to facilitate the effective preparation of counsel.

DATED: June 12, 2012

*[signature]*
Hon. MAXINE C. CHESNEY
United States District Judge