# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 11-0154 MMC |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| RONALD PELAEZ, ) | |
| Defendant. ) | |

The Court hereby ORDERS that the change of plea hearing scheduled for July 11, 2012 be vacated and rescheduled for July 25, 2012, at 2:15 ~~2:30~~ p.m. Time shall be excluded from July 11, 2012 through July 25, 2012 to facilitate the effective preparation of counsel.

DATED: July 10, 2012

_____
Hon. MAXINE C. CHESNEY
United States District Judge

- 3 -