UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.: CR 11-0154 MMC |
| Plaintiff, | ) | |
| vs. | ) | [PROPOSED] |
| | ) | **ORDER** |
| RONALD PELAEZ, | ) | |
| Defendant. | ) | |

Pursuant to the parties' Stipulation, filed August 7, 2012, the ~~The~~ Court hereby ORDERS that the change of plea hearing scheduled for August 8, 2012 be vacated and rescheduled for August 22, 2012, at 2:15 p.m. Time shall be excluded from August 8, 2012 through August 22, 2012 to facilitate the effective preparation of counsel.

DATED: August 8, 2012

_____
Hon. MAXINE C. CHESNEY
United States District Judge

- 3 -