IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>  v.<br><br>EDUARDO PACHECO,<br><br>    Defendant.<br>_____/ | No. CR 11-0154 MMC<br><br>**ORDER DIRECTING DEFENDANT PACHECO TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH LOCAL RULES OF THIS DISTRICT** |

On July 31, 2012, defendant Eduardo Pacheco electronically filed a "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody," and a Memorandum in support thereof. Defendant has violated the Local Rules of this District, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Crim. L.R. 2-4 (providing "extra copy of any document filed in a criminal case shall be marked 'Chambers Copy,' and shall be provided to the Clerk's Office pursuant to Civil L.R. 5-2(b) and 5-1(e)(7)).

Defendant is hereby ORDERED to comply with the Local Rules of this District by immediately submitting a chambers copy of the above-referenced documents. Defendant is hereby advised that if he fails in the future to comply with the Local Rules requiring him to provide a chambers copy of electronically-filed documents, the Court may impose

sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: August 10, 2012

MAXINE M. CHESNEY
United States District Judge