1
2
3
4
5          UNITED STATES DISTRICT COURT
6         NORTHERN DISTRICT OF CALIFORNIA
7            SAN FRANCISCO DIVISION
8
9
10   UNITED STATES OF AMERICA,  )        NO.: CR 11-0154 MMC
                               )
11        Plaintiff,           )
                               )
12   vs.                       )        [PROPOSED]
                               )        **ORDER**
13                             )
                               )
14   RONALD PELAEZ,            )
                               )
15        Defendant.           )
     _____  )
16

17        Pursuant to the parties' Stipulation, filed August 21, 2012,

   the ~~The~~ Court hereby ORDERS that the change of plea hearing scheduled for August 22,
18
   2012 be vacated and rescheduled for August 29, 2012, at 2:15 p.m. Time shall be excluded from
19
   August 22, 2012 through August 29, 2012 to facilitate the effective preparation of counsel.
20
21
22
23   DATED: August 22, 2012
24                                    Hon. MAXINE C. CHESNEY
                                      United States District Judge
25
26
27
28                                   - 3 -