# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 11-0154 MMC |
| Plaintiff, | |
| vs. | [PROPOSED] |
| | **ORDER** |
| RONALD PELAEZ, | |
| Defendant. | |

Pursuant to the parties' Stipulation, filed August 28, 2012, the ~~The~~ Court hereby ORDERS that the change of plea hearing scheduled for August 29, 2012 be vacated and rescheduled for October 3, 2012, at 2:15 p.m. Time shall be excluded from August 29, 2012 through October 3, 2012 to facilitate the effective preparation of counsel.

DATED: August 29, 2012

_____
Hon. MAXINE C. CHESNEY
United States District Judge

- 3 -