JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste 289
Oakland, California 94611
Telephone: 510-583-9622
Facsimile: 510-886-7218

Attorney for Ronald PELAEZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 11-0154 MMC |
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER MODIFYING CONDITIONS OF RELEASE** |
| vs. | |
| RONALD PELAEZ, | |
| Defendant. | |

**STIPULATION**

The parties stipulate as follows:

1. Ronald Pelaez is a defendant in this action and has been on pretrial release since March 11, 2011.

2. Mr. Pelaez wishes to be allowed to visit relatives at 10432 Alma Lane, Villa Park, CA 92861 from December 24, 2012 to January 3, 2013.

\>\>

\>\>

\>\>

\>\>

3. AUSA Kevin Barry does not oppose this request and Kim Do, Mr. Pelaez's Pretrial Services Officer, agrees with the proposal.

IT IS SO STIPULATED

DATED: December 5, 2012

*-S-*
_____
KEVIN J. BARRY
Assistant United States Attorney

DATED: December 5, 2012

*-S-*
_____
JAMES PHILLIP VAUGHNS.
Attorney for Defendant PELAEZ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 10-0154 MMC |
| Plaintiff, | |
| vs. | **ORDER** |
| RONALD PELAEZ, | |
| Defendant. | |

The Court hereby ORDERS that the conditions of release set for defendant RONALD PELAEZ be modified to allow him to travel to 10432 Alma Lane, Villa Park, CA 92861 on December 24, 2012 and to return to his residence in this District on January 3, 2013.

In all other respects, said conditions of release shall continue as previously ordered.

DATED: 12/19/12

Hon. [signature: Judge Joseph C. Spero]
United S[tates] [Magistrate Judge]