IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0154 MMC |
| Plaintiff, | **ORDER AFFORDING DEFENDANT LEAVE TO FILE REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO VACATE JUDGMENT** |
| v. | |
| EDUARDO PACHECO, | |
| Defendant / | |

By order filed September 5, 2012, the Court set a briefing schedule on defendant Eduardo Pacheco's ("Pacheco") "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody." Specifically, the Court directed the government to file its response no later than October 5, 2012 and Pacheco to file any reply no later than November 2, 2012.

On October 5, 2012, the government filed a timely opposition to the motion, arguing therein that Pacheco had failed to show he was entitled to any relief. Thereafter, on November 2, 2012, the deadline for Pacheco to file a reply, Pacheco filed an "amended" motion. The "amended" motion appears to be, in all material respects, identical to his motion as initially filed, and Pacheco fails to state the purpose of said filing, nor is any such purpose apparent. More importantly, the "amended" motion does not address any of the arguments made by the government in its response.

Should Pacheco wish to reply to the arguments made by the government, Pacheco is hereby afforded leave to file a reply, no later than February 1, 2013. As of February 1, 2013, the Court will take the matter under submission.

**IT IS SO ORDERED.**

Dated: January 14, 2013

MAXINE M. CHESNEY
United States District Judge